IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Akshita Banerjee | : | Bankruptcy No. 21-22031 |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Document No. |
| Akshita Banerjee | : | |
| Movant | : | |
| v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS FOR THE DEBTOR

Undeliverable Address:

Name:             Akshita Banerjee

Incorrect Address:      1514 Cook School Road

Pittsburgh, PA 15241

Corrected Address:

Name:             Akshita Banerjee

Correct Address:      301 South Hills Village Dr.

Suite LL 200, Box 314

Pittsburgh, PA 15241

Dated:  2/24/2022                    */s/ Sy O  Lampl*
SY O. LAMPL
PA I.D. #324741
Counsel for Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  slampl@lampllaw.com