IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

AKSHITA BANERJEE                                    Bankruptcy No. 21-22031-CMB

      Debtor.                                         Chapter 13

                                                               Document No.

## NOTICE OF APPEARANCE, REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

      Please take notice that Akshita Banerjee, Debtor in the above-captioned Bankruptcy Case, hereby appears in the above-captioned case by and through her Counsel, John P. Lacher of Lacher Law Office LLC with such counsel hereby entering their appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and with such counsel hereby requesting, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the person at the following address and that the following name and address be added to the mailing matrix:

John P. Lacher
Lacher Law Office LLC
4686 Hidden Pond Drive
Allison Park, PA 15101
(412) 897-6484
attorneylacher@yahoo.com

## DECLARATION IN LIEU OF AFFIDAVIT

      I am the attorney for Akshita Banerjee, Debtor in the above-captioned Bankruptcy Case, and I am authorized by the Debtor to make the accompanying request for notices. The above address should be used and added to the matrix. I hereby certify that the request for notices being filed herewith supersedes and cancels all prior requests for notice.

Dated: April 29, 2022

/s/ John P. Lacher
JOHN P. LACHER
PA I.D. #62297
Lacher Law Office LLC
4686 Hidden Pond Drive
Allison Park, PA 15101
(412) 897-6484
attorneylacher@yahoo.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**AKSHITA BANERJEE**            Bankruptcy No. 21-22031-CMB

      **Debtor.**                 Chapter 13

                                   Document No.

## CERTIFICATE OF SERVICE

I, John P. Lacher, hereby certify, that on the 29th day of April 2022, I served a true and correct copy of the foregoing NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND SERVICE OF PAPERS upon the following (via electronic service):

Ronda J. Winnecour
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Dated: <u>April 29, 2022</u>                          */s/ John P. Lacher*
                                                                JOHN P. LACHER
                                                                PA I.D. #62297
                                                                Lacher Law Office LLC
                                                                4686 Hidden Pond Drive
                                                                Allison Park, PA 15101
                                                                (412) 897-6484
                                                                [attorneylacher@yahoo.com](mailto:attorneylacher@yahoo.com)